FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Loni A. Mahanta (CSB No. 253885, lmahanta@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff Bruce McCaw

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTAGE RACING MOTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAIMLER AG, MERCEDES-BENZ MUSEUM GMBH, AND MERCEDES-BENZ CLASSIC CENTER, <br><br> Defendants. | Case No. 3:08-cv-03025-JCS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Plaintiff Vintage Racing Motors, Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 30, 2008                             FOLGER LEVIN & KAHN LLP


                                                 **/s/ Loni Mahanta**

                                                 Loni A. Mahanta
                                                 Attorneys for Plaintiff
                                                 Bruce McCaw

63048\4001\607643.1