1  JUSTS N. KARLSONS (State Bar No. 42899)
   MATTHEW J. KEMNER (State Bar No. 188124)
2  TROY M. YOSHINO (State Bar No. 197850)
   MATTHEW F. MILLER (State Bar No. 172661)
3  **CARROLL, BURDICK & McDONOUGH LLP**
   44 Montgomery Street, Suite 400
4  San Francisco, CA 94104
   Telephone:     415.989.5900
5  Facsimile:     415.989.0932

6  Attorneys for Specially Appearing Defendant
   DAIMLER AG

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  VINTAGE RACING MOTORS, INC., a           Case No. 3:08-cv-03025 MHP
    Washington corporation,
12                                           **STIPULATED EXTENSION OF TIME TO
                    Plaintiff,               RESPOND TO PLAINTIFF'S COMPLAINT FOR
13                                           ALL SPECIALLY APPEARING DEFENDANTS,
            v.                               DAIMLER AG, MERCEDES-BENZ MUSEUM
14                                           GMBH AND MERCEDES-BENZ CLASSIC
    DAIMLER AG, a German corporation,        CENTER**
15  MERCEDES-BENZ MUSEUM GMBH, a
    German corporation, AND MERCEDES-        Hon. Marilyn H. Patel
16  BENZ CLASSIC CENTER, a German
    corporation,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF426120.1

STIPULATED EXTENSION OF TIME—CASE NO. 08-3025 MHP

**STIPULATION**

By and through their respective counsel of record, plaintiff Vintage Racing Motors, Inc., on the one hand, and specially appearing defendants Daimler AG, Mercedes-Benz Museum GMBH and Mercedes-Benz Classic Center, on the other hand, stipulate and agree as follows:

1. In acknowledgement of the parties' mutual agreement to mediate this matter before mediators Randall W. Wulff and Dr. Markus Meier in San Francisco on March 4, 2009, Daimler AG and Mercedes-Benz Museum GMBH shall respond to plaintiff's Complaint in this action on or before March 18, 2009. An issue has arisen regarding whether the Mercedes-Benz Classic Center is an entity capable of responding to the Complaint. The parties wish to discuss this matter at the upcoming January 12, 2009 Initial Case Management Conference.

Dated:  December 17, 2008

FOLGER, LEVIN & KAHN, LLP

By _____
Gregory D. Call
Attorneys for Plaintiff
VINTAGE RACING MOTORS, INC.

Dated: 17 Dec, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____
Matthew J. Kemner
Attorneys for Defendants
DAIMLER AG, MERCEDES-BENZ MUSEUM GMBH AND MERCEDES-BENZ CLASSIC CENTER

IT IS SO ORDERED
Judge Marilyn H. Patel

CBM-SF\SF426120.1

STIPULATED EXTENSION OF TIME—CASE NO. 08-3025 MHP