JUSTS N. KARLSONS (State Bar No. 42899)
MATTHEW J. KEMNER (State Bar No. 188124)
DAVID M. RICE (State Bar No. 131064)
TROY M. YOSHINO (State Bar No. 197850)
**CARROLL, BURDICK & McDONOUGH LLP**
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     415.989.5900
Facsimile:      415.989.0932

Attorneys for Specially Appearing Defendants
DAIMLER AG and MERCEDES-BENZ MUSEUM GMBH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTAGE RACING MOTORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG, a German corporation, MERCEDES-BENZ MUSEUM GMBH, a German corporation, AND MERCEDES-BENZ CLASSIC CENTER, a German corporation,<br><br>Defendants. | Case No. 3:08-cv-03025 MHP<br><br>**STIPULATION TO EXTEND BRIEFING AND HEARING DATES SET FORTH IN THE COURT'S ORDER OF MARCH 26, 2009; DECLARATION OF TROY M. YOSHINO IN SUPPORT OF SAME; [PROPOSED] ORDER GRANTING SAME**<br><br>[N.D. Cal. Local R. 6-2]<br><br>Hon. Marilyn H. Patel |

CBM-SF\SF440170.1

## STIPULATION

By and through their counsel of record, plaintiff Vintage Racing Motors, Inc. and specially appearing defendants Daimler AG and Mercedes-Benz Museum GmbH (collectively, "Parties") stipulate and agree as follows:

1. On March 25, 2009, the Parties presented a stipulated request for an extension of time on the briefing and hearing schedule for specially appearing defendants' responsive pleading motions. In that application, the Parties explained that: (a) they had mediated before Randall Wulff and Dr. Markus Meier on March 4; and (b) needed additional time to discuss proposals for further mediation which, if successful, could resolve this litigation without further use of the Court's resources. The Parties have been discussing further mediation under parameters first proposed by mediator Randall Wulff, and later refined in additional discussions with him.

2. That March 25 stipulated request was approved by the Court on March 26, 2009 (the "March 26 Order"). The March 26 Order established that defendants' responsive pleading motions should be filed by April 6, 2009; that any opposition(s) should be filed by April 20, 2009; that any reply brief(s) should be filed by April 27, 2009; and that the hearing on such responsive pleading motions would be on May 11, 2009 at 2:00 p.m.

3. The Parties have now agreed to further mediation before Randall Wulff on May 1, 2009, under certain parameters. Amongst those conditions is an agreement that specially appearing defendants should not be required to file their responsive pleading motions in before the May 1 mediation is completed. To facilitate focus on the upcoming mediation and ongoing negotiations, the Parties jointly request that the briefing and hearing schedule set forth in the March 26 Order be modified as follows:

   a. That the deadline for any responsive pleading motions to be filed by Daimler AG and Mercedes-Benz Museum GmbH be extended to **May 18, 2009**;

   b. That the deadline for plaintiff's opposition(s) to any such motions be extended to **June 1, 2009**;

   c. That the deadline for any reply briefs supporting such motions be extended to **June 8, 2009**; and

d. That the hearing date be extended to **June 22, 2009 at 2:00 p.m.** or another time convenient for the Court.

4. The responsive pleading dates have previously been modified by the parties, in conjunction with the ADR administrator and the Court, most recently as set forth in the Court's January 13, 2009 and March 26, 2009 orders. There have been no other prior time modifications in this case.

5. This Stipulation has no effect on the schedule for the case, other than with respect to the matters discussed above.

**IT IS SO STIPULATED.**

Dated: ~~March 31~~, 2009 *April 2*

Respectfully submitted,

FOLGER, LEVIN & KAHN LLP

By _____/s/_____
Gregory D. Call
Attorneys for Plaintiff
VINTAGE RACING MOTORS

Dated: March 31, 2009

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By    /s/ Troy M. Yoshino
Troy M. Yoshino
Attorneys for Specially Appearing Defendants
DAIMLER AG & MERCEDES-BENZ MUSEUM GMBH

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signature for the conformed signature indicated above in this e-filed document.

/s/ Troy M. Yoshino
Troy M. Yoshino
Attorneys for Specially Appearing Defendants
DAIMLER AG &
MERCEDES-BENZ MUSEUM GMBH

# DECLARATION OF TROY M. YOSHINO IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF BRIEFING AND HEARING DATES

I, Troy M. Yoshino, declare as follows:

1. I am an attorney duly licensed to practice before the courts of California, and am a partner of Carroll, Burdick & McDonough LLP, counsel for specially appearing defendants Daimler AG and Mercedes-Benz Museum GmbH in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. On March 25, 2009, the Parties presented a stipulated request for an extension of time on the briefing and hearing schedule for specially appearing defendants' responsive pleading motions. In that application, the Parties explained that: (a) they had mediated before Randall Wulff and Dr. Markus Meier on March 4; and (b) needed additional time to discuss proposals for further mediation which, if successful, could resolve this litigation without further use of the Court's resources. The Parties have been discussing further mediation under parameters first proposed by mediator Randall Wulff, and later refined in additional discussions with him.

3. That March 25 stipulated request was approved by the Court on March 26, 2009 (the "March 26 Order"). The March 26 Order established that defendants' responsive pleading motions should be filed by April 6, 2009; that any opposition(s) should be filed by April 20, 2009; that any reply brief(s) should be filed by April 27, 2009; and that the hearing on such responsive pleading motions would be on May 11, 2009 at 2:00 p.m.

4. The Parties have now agreed to further mediation before Randall Wulff on May 1, 2009, under certain parameters. Amongst those conditions is an agreement that specially appearing defendants should not be required to file their responsive pleading motions in before the May 1 mediation is completed. To facilitate focus on the upcoming mediation and ongoing negotiations, the Parties jointly request that the briefing and hearing schedule set forth in the March 26 Order be modified as follows:

    a. That the deadline for any responsive pleading motions to be filed by Daimler AG and Mercedes-Benz Museum GmbH be extended to **May 18, 2009**;

CBM-SF\SF440170.1

b.  That the deadline for plaintiff's opposition(s) to any such motions be extended to **June 1, 2009**;

c.  That the deadline for any reply briefs supporting such motions be extended to **June 8, 2009**; and

d.  That the hearing date be extended to **June 22, 2009 at 2:00 p.m.** or another time convenient for the Court.

5. The responsive pleading dates have previously been modified by the parties, in conjunction with the ADR administrator and the Court, most recently as set forth in the Court's January 13, 2009 and March 26, 2009 orders. There have been no other prior time modifications in this case.

6. The accompanying stipulated request for certain extensions has no effect on the schedule for the case, other than with respect to the matters discussed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of March 2009, at San Francisco, California.

/s/ Troy M. Yoshino
Troy M. Yoshino

# [PROPOSED] ORDER

For good cause shown and the reasons specified in the accompanying stipulated request, it is hereby **ORDERED**:

    a.    That the deadline for any responsive pleading motions to be filed by Daimler AG and Mercedes-Benz Museum GmbH be extended to **May 18, 2009**;

    b.    That the deadline for plaintiff's opposition(s) to any such motions be extended to **June 1, 2009**;

    c.    That the deadline for any reply briefs supporting such motions be extended to **June 8, 2009**; and

    d.    That the hearing for such motions shall be held before this Court on June 22, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 6, 2009

_____
Hon. Marilyn Hall Patel
United States District Judge