1  JUSTS N. KARLSONS (State Bar No. 42899)
   MATTHEW J. KEMNER (State Bar No. 188124)
2  DAVID M. RICE (State Bar No. 131064)
   TROY M. YOSHINO (State Bar No. 197850)
3  **CARROLL, BURDICK & McDONOUGH LLP**
   44 Montgomery Street, Suite 400
4  San Francisco, CA 94104
   Telephone:      415.989.5900
5  Facsimile:      415.989.0932

6  Attorneys for Specially Appearing Defendants
   DAIMLER AG and MERCEDES-BENZ MUSEUM GMBH

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | VINTAGE RACING MOTORS, INC., a     | Case No. 3:08-cv-03025 MHP
   | Washington corporation,            |
12 |                                    | **STIPULATION TO VACATE ALL
   |          Plaintiff,                | CURRENT DEADLINES, AND RESET
13 |                                    | CASE MANAGEMENT CONFERENCE,
   |     v.                             | PURSUANT TO PENDING
14 |                                    | SETTLEMENT; DECLARATION OF
   | DAIMLER AG, a German corporation,  | TROY M. YOSHINO IN SUPPORT OF
15 | MERCEDES-BENZ MUSEUM GMBH,         | SAME; [PROPOSED] ORDER
   | a German corporation, AND          | GRANTING SAME**
16 | MERCEDES-BENZ CLASSIC              |
   | CENTER, a German corporation,      | [N.D. Cal. Local R. 6-2]
17 |                                    |
18 |          Defendants.               | Hon. Marilyn H. Patel

CBM-SF\SF444666.1

STIPULATION RE: PENDING SETTLEMENT                              NO. 3:08-CV-03025 MHP

## STIPULATION

By and through their counsel of record, plaintiff Vintage Racing Motors, Inc. and specially appearing defendants Daimler AG and Mercedes-Benz Museum GmbH (collectively, the "Parties")[1] stipulate and agree as follows:

1. The responsive pleading dates in the matter have previously been modified by the Parties, in conjunction with the ADR administrator and the Court, as set forth in the Court's Orders of December 22, 2008 (Docket No. 15), January 13, 2009 (Docket No. 20), March 26, 2009 (Docket No. 22) and April 6, 2009 (Docket No. 24). The purpose behind the previous requests was to allow settlement discussions and mediation with mediators Randall Wulff and Dr. Marcus Meier in an attempt to resolve this litigation without further use of the Court's resources.

2. The Court's April 6, 2009 Order established that defendants' responsive pleading motions should be filed by May 18, 2009; that any opposition(s) should be filed by June 1, 2009; that any reply brief(s) should be filed by June 8, 2009; and that the hearing on such responsive pleading motions would be on June 22, 2009 at 2:00 p.m.

3. The Parties have now completed several successful mediation sessions and are pleased to report that they have an agreement in principle to resolve all issues pending before the Court. The Parties are now working toward executing a final agreement which will result in settlement and dismissal of this case.

4. The substance of the referenced agreement in principle is confidential.

5. The agreement would resolve all disputes pending as between Plaintiff and specially appearing Defendants in this case. However, final negotiations require the participation of various counsel, and entail the drafting, editing, and negotiation of final settlement language. This endeavor will require a considerable time and effort.

///

///

---

[1] Mercedes-Benz Classic Center is without capacity to be sued.

CBM-SF\SF444666.1

-2-

6. Given the foregoing, and pursuant to the Parties' agreements, the Parties have agreed to halt all pending litigation activities and make a stipulated request that the following be ordered by this Court:

    a. <u>All</u> currently pending deadlines discussed in paragraph 2, above, shall be <u>vacated</u> at this time. These deadlines are: defendants' responsive pleading motions should be filed by May 18, 2009; that any opposition(s) should be filed by June 1, 2009; that any reply brief(s) should be filed by June 8, 2009; and that the hearing on such responsive pleading motions would be on June 22, 2009 at 2:00 p.m.

    b. That a case management conference following-up on settlement and dismissal be set for July 27, 2009, or as the Court's calendar permits, to accommodate the interplay of parties and numerous negotiations that must occur.

**IT IS SO STIPULATED.**

Dated: May 14, 2009

Respectfully submitted,

FOLGER, LEVIN & KAHN LLP

By: /s/ Gregory D. Call
      Gregory D. Call
Attorneys for Plaintiff
VINTAGE RACING MOTORS, INC.

Dated: May 14, 2009

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By: /s/ Troy M. Yoshino
      Troy M. Yoshino
Attorneys for Specially Appearing Defendants
DAIMLER AG and MERCEDES-BENZ MUSEUM GmbH

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph signatures for the conformed signatures indicated above in this e-filed document.

/s/ Troy M. Yoshino
Troy M. Yoshino
Attorneys for Specially Appearing Defendants
DAIMLER AG and MERCEDES-BENZ MUSEUM GmbH

**DECLARATION OF TROY M. YOSHINO IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF BRIEFING AND HEARING DATES**

I, Troy M. Yoshino, declare as follows:

1. I am an attorney duly licensed to practice before the courts of California, and am a partner of Carroll, Burdick & McDonough LLP, counsel for specially appearing defendants Daimler AG and Mercedes-Benz Museum GmbH in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. The responsive pleading dates in the matter have previously been modified by the Parties, in conjunction with the ADR administrator and the Court, as set forth in the Court's Orders of December 22, 2008 (Docket No. 15), January 13, 2009 (Docket No. 20), March 26, 2009 (Docket No. 22) and April 6, 2009 (Docket No. 24). The purpose behind the previous requests was to allow settlement discussions and mediation with mediators Randall Wulff and Dr. Marcus Meier in an attempt to resolve this litigation without further use of the Court's resources.

3. The Court's April 6, 2009 Order established that defendants' responsive pleading motions should be filed by May 18, 2009; that any opposition(s) should be filed by June 1, 2009; that any reply brief(s) should be filed by June 8, 2009; and that the hearing on such responsive pleading motions would be on June 22, 2009 at 2:00 p.m.

4. The Parties have now completed several successful mediation sessions and are pleased to report that they have an agreement in principle to resolve all issues pending before the Court. The Parties are now working toward executing a final agreement which will result in settlement and dismissal of this case.

5. The substance of the referenced agreement in principle is confidential.

6. The agreement would resolve all disputes pending as between Plaintiff and specially appearing Defendants in this case. However, final negotiations require the participation of various counsel, and entail the drafting, editing, and negotiation of final

1  settlement language. This endeavor will require a considerable time and effort.

2      7.    Given the foregoing, and pursuant to the Parties' agreements, the Parties have
3  agreed to halt all pending litigation activities and make a stipulated request that the
4  following be ordered by this Court:

5      a.    <u>All</u> currently pending deadlines discussed in paragraph 2, above, shall be
6  <u>vacated</u> at this time. These deadlines are: defendants' responsive pleading motions should
7  be filed by May 18, 2009; that any opposition(s) should be filed by June 1, 2009; that any
8  reply brief(s) should be filed by June 8, 2009; and that the hearing on such responsive
9  pleading motions would be on June 22, 2009 at 2:00 p.m.

10      b.    That a case management conference following-up on settlement and
11  dismissal be set for July 2009 to accommodate the interplay of parties and numerous
12  negotiations that must occur.

13      8.    The responsive pleading dates in the matter have previously been modified by
14  the Parties, in conjunction with the ADR administrator and the Court, as set forth in the
15  Court's Orders of December 22, 2008 (Docket No. 15), January 13, 2009 (Docket No.
16  20), March 26, 2009 (Docket No. 22) and April 6, 2009 (Docket No. 24). There have
17  been no other prior time modifications in this case.

18      9.    The accompanying stipulated request for certain extensions has no effect on the
19  schedule for the case, other than with respect to the matters discussed above.

20      I declare under penalty of perjury under the laws of the United States that the
21  foregoing is true and correct. Executed this 14th day of May 2009, at San Francisco,
22  California.

23      /s/ Troy M. Yoshino
24      Troy M. Yoshino

**[PROPOSED] ORDER**

For good cause shown and the reasons specified in the accompanying stipulated request, it is hereby **ORDERED**:

    a.    All currently-pending deadlines discussed in paragraph 2, above, shall be shall be vacated at this time. These deadlines are: defendants' responsive pleading motions should be filed by May 18, 2009; that any opposition(s) should be filed by June 1, 2009; that any reply brief(s) should be filed by June 8, 2009; and that the hearing on such responsive pleading motions would be on June 22, 2009 at 2:00 p.m.

    b.    That a case management conference following-up on settlement and dismissal shall be held before this Court on ___July 27, 2009___ at ___3:00 p.m.___.

**IT IS SO ORDERED.**

Dated: May __18th__, 2009

By _____



CBM-SF\SF444666.1

-6-

STIPULATION RE: PENDING SETTLEMENT      NO. 3:08-CV-03025 MHP