CROWELL & MORING LLP
Gregory D. Call (CSB No. 120483, gcall@crowell.com)
Loni A. Mahanta (CSB No. 253885, lmahanta@crowell.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff Vintage Racing Motors, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTAGE RACING MOTORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG, a German corporation, MERCEDES-BENZ MUSEUM GMBH, a German corporation, AND MERCEDES-BENZ CLASSIC CENTER, a German corporation,<br><br>Defendants. | Case No. 3:08-cv-03025-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Vintage Racing Motors, Inc. ("VRM") and Specially Appearing Defendants Daimler AG and Mercedes-Benz Museum GmbH (collectively, "Daimler") (collectively, the "Parties") hereby file this stipulation:

WHEREAS, Judge Marilyn H. Patel continued the Further Case Management Conference from March 1, 2010 to April 26, 2010;

WHEREAS, the Parties have agreed upon all the major points of the settlement and are working to finalize the language regarding security for the Subject SLR in the event of destruction of the vehicle;

WHEREAS, a compelling reason to continue the Case Management Conference to June 21, 2010 exists because the Parties anticipate that the settlement will be finalized by May 17, 2010;

1  WHEREAS, the Parties have agreed that June 21, 2010 is a mutually convenient time on which to hold the Case Management Conference; and

WHEREAS, the Parties agree that the continuation will not unreasonably prolong the litigation, but rather will further the aims of judicial economy by facilitating settlement of the case.

IT IS HEREBY STIPULATED by the Parties through undersigned counsel that they request the Court to continue the Case Management Conference from April 26, 2010 to June 21, 2010, or as the Court's calendar permits.

Dated: April 23, 2010                                                    CROWELL & MORING LLP


                                                                         */s/ Loni A. Mahanta*

                                                                         Loni A. Mahanta
                                                                         Attorneys for Plaintiff
                                                                         Vintage Racing Motors, Inc.


Dated: April 23, 2010                                                    CAROLL, BURDICK & MCDONOUGH LLP


                                                                         */s/ Matthew F. Miller*

                                                                         Matthew F. Miller
                                                                         Attorneys for Defendants
                                                                         Daimler AG and Mercedes-Benz Museum GmbH

### Order

On consideration of the foregoing, good cause being shown,

**IT IS SO ORDERED** that the Case Management Conference shall be continued from April 26, 2010 to June 21, 2010. at 3:00 p.m.

Dated: 4/23/2010                                                         _____
                                                                         Judge Marilyn H. Patel

163048\0004001\902064786.1

-2-