CROWELL & MORING LLP
Gregory D. Call (CSB No. 120483, gcall@crowell.com)
Loni A. Mahanta (CSB No. 253885, lmahanta@crowell.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff Vintage Racing Motors, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTAGE RACING MOTORS, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAIMLER AG, a German corporation, MERCEDES-BENZ MUSEUM GMBH, a German corporation, AND MERCEDES-BENZ CLASSIC CENTER, a German corporation, <br><br> Defendants. | Case No. 3:08-cv-03025-MHP <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Vintage Racing Motors, Inc. ("VRM") and Specially Appearing Defendants Daimler AG and Mercedes-Benz Museum GmbH (collectively, "Daimler") (collectively, the "Parties") hereby file this stipulation:

WHEREAS, Judge Marilyn H. Patel set the Further Case Management Conference for September 13, 2010;

WHEREAS, the Parties have agreed upon the vast majority of the settlement terms and are working to resolve a few final points;

WHEREAS, a compelling reason to continue the Case Management Conference to December 13, 2010 exists because the Parties anticipate that the settlement will be finalized shortly, either through informal settlement discussions or through mediation;

1  WHEREAS, the Parties' chosen mediator already has a full fall schedule;

2  WHEREAS, the mediation will involve coordination of German and U.S. nationals;

3  WHEREAS, the Parties believe that mediation, if necessary, will be completed by

4  December 13, 2010,

5  WHEREAS, the Parties have agreed that December 13, 2010 is a mutually convenient

6  time on which to hold the Case Management Conference; and

7  WHEREAS, the Parties agree that the continuation will not unreasonably prolong the

8  litigation, but rather will further the aims of judicial economy by facilitating settlement of the

9  case.

10  IT IS HEREBY STIPULATED by the Parties through undersigned counsel that they

11  request the Court to continue the Case Management Conference from September 13, 2010 to

12  December 13, 2010, or as the Court's calendar permits.

13  Dated: September 7, 2010                                       CROWELL & MORING LLP

14

15                                                                             */s/ Loni A. Mahanta*

16                                                                                Loni A. Mahanta
                                                                              Attorneys for Plaintiff
17                                                                          Vintage Racing Motors, Inc.

18
    Dated: September 7, 2010                                  CAROLL, BURDICK & MCDONOUGH LLP
19

20
                                                                             */s/ Matthew F. Miller*
21
                                                                              Matthew F. Miller
22                                                                          Attorneys for Defendants
                                                                     Daimler AG and Mercedes-Benz Museum GmbH
23

24  ///

25  ///

26  ///

27  ///

28

1

**Order**

2

On consideration of the foregoing, good cause being shown,

3

**IT IS SO ORDERED** that the Case Management Conference shall be continued from

4

September 13, 2010 to ~~December 13, 2010~~. January 3, 2011 at 3:00 p.m. NO FURTHER

5

CONTINUANCES.

6

Dated:  9/8/2010

7

Judge Marilyn Hall Patel

8

163048\0004001\902144868.1

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE;
CASE NO. 3:08-CV-03025-MHP