1  JUSTS N. KARLSONS (State Bar No. 42899)
   MATTHEW J. KEMNER (State Bar No. 188124)
2  DAVID M. RICE (State Bar No. 131064)
   TROY M. YOSHINO (State Bar No. 197850)
3  **CARROLL, BURDICK & McDONOUGH** LLP
   44 Montgomery Street, Suite 400
4  San Francisco, CA 94104
   Telephone:    415.989.5900
5  Facsimile:    415.989.0932

6  Attorneys for Specially Appearing Defendant
   DAIMLER AG and MERCEDES-BENZ MUSEUM GMBH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | VINTAGE RACING MOTORS, INC., a      | Case No. 3:08-cv-03025 MHP
   | Washington corporation,
12 |                                     | **STIPULATED NOTICE OF DISMISSAL
   |           Plaintiff,                | WITH PREJUDICE OF ALL CLAIMS;**
13 |                                     | [PROPOSED] **ORDER**
   |      v.
14 |                                     | [Fed. R. Civ. P. 41(a)(1)(ii)]
   | DAIMLER AG, a German corporation,
15 | MERCEDES-BENZ MUSEUM GMBH,
   | a German corporation, AND           | Hon. Marilyn H. Patel
16 | MERCEDES-BENZ CLASSIC
   | CENTER, a German corporation,
17 |
18 |           Defendants.

**STIPULATION**

By and through their respective counsel of record, plaintiff Vintage Racing Motors, Inc. and specially appearing defendants Daimler AG and Mercedes-Benz Museum GmbH (collectively, the "Parties"), stipulate and agree to the following:

1. In this Action, Vintage Racing Motors, Inc. asserted claims against Daimler AG, Mercedes-Benz Museum GmbH and Mercedes-Benz Classic Center, which defendants have denied.

2. On June 16, 2011, the Parties entered into a confidential settlement agreement that, among other things, agreed upon the dismissal with prejudice of all claims asserted in this Action, including all claims asserted against Daimler AG, Mercedes-Benz Museum GmbH and Mercedes-Benz Classic Center.

3. Plaintiff acknowledges that Daimler AG and Mercedes-Benz Museum GmbH are not subject to personal jurisdiction in this case, and the court agrees. Further, the Plaintiff acknowledges that the Mercedes-Benz Classic Center does not exist as a legal entity, and is not a legal entity capable of being sued, as further referenced in the agreement.

4. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties each stipulate and agree to the dismissal with prejudice of all claims asserted in this Action.

5. The parties stipulate and agree that each side is to bear its own fees, costs, and expenses of litigating this Action, and further stipulate and agree that no party shall be responsible for any other party's fees, costs, or expenses incurred prior to this stipulation for whatever reason.

**IT IS SO STIPULATED.**

Dated: August 2, 2011

Respectfully submitted,

CROWELL & MORING LLP

By____/s/ Gregory D. Call_____
Gregory D. Call
Attorneys for Plaintiff
VINTAGE RACING MOTORS, INC.

Dated: August 2, 2011

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By  /s/ Matthew J. Kemner
Matthew J. Kemner
Attorneys for Specially Appearing Defendants
DAIMLER AG AND MERCEDES-BENZ MUSEUM GMBH

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the signatures for the conformed signatures indicated above in this e-filed document.

/s/ Matthew J. Kemner
Matthew J. Kemner
Attorneys for Specially Appearing Defendants
DAIMLER AG and MERCEDES-BENZ MUSEUM GmbH

**ORDER**

IT IS SO ORDERED.

Dated: August 4, 2011

By _____
Hon. Marilyn Hall Patel
United States District Judge